**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lois A. Bell<br>    <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 12-12832 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8, and index same on the master mailing list.

Re: Loan # Ending In: 5967

                                                          Respectfully submitted,

                                                          **/s/Joshua I. Goldman , Esquire**
                                                          Joshua I. Goldman, Esquire
                                                          Thomas Puleo, Esquire
                                                          KML Law Group, P.C.
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106-1532
                                                          (215) 825-6306  FAX (215) 825-6406