United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-12832-sr
Lois A. Bell                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR         Page 1 of 2            Date Rcvd: Jul 31, 2017
                         Form ID: 138NEW      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
```
db             +Lois A. Bell,    1429 Astor Street,    Norristown, PA 19401-2958
cr             +Bank of America, National Association as successor,    McCabe Weisberg and Conway, P.C.,
                 123 South Broad Street,    Suite 2080,    Philadelphia, PA 19109-1031
12708740       +Chase Home Finance, LLC,    P.O. Box 24696,    Columbus, OH 43224-0696
12708736       +David B. Spitofsky, Esquire,    516 Swede Street,    Norristown, PA 19401-4807
12708742       +Endocrine Associates, P.C.,    633 West Germantown Pike, #105,    Plymouth Meeting, PA 19462-1032
12708744        First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
12708745       +Hickory Veterinary Hospital,    2303 Hickory Road,    Plymouth Meeting, PA 19462-1005
12766266       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,   Columbus, Ohio 43219-6009
12708747       +Mercy Suburban Hospital,    P.O. Box 822963,    Philadelphia, PA 19182-2963
12708749       +Norristown Mun. Waste Auth.,    235 E. Airy Street,    2nd Floor,    Norristown, PA 19401-5003
12708750       +PA American Water Company,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
13839305       +Thomas Puleo Esquire,    KML Law Group PC,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
12708753       +WSAEMC,    P.O. Box 311,    1430 Dekalb Street,   Norristown, PA 19401-3426
12761570        Waste System Authority of Eastern Montgomery Count,    c/o Thomas D. Mason,    1430 DeKalb Street,
                 P.O.Box 311,    Norristown, PA 19404-0311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2017 01:49:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12708738        E-mail/Text: EBNProcessing@afni.com Aug 01 2017 01:49:02     Afni, Inc.,    P.O. Box 3097,
                 Bloomington, IL  61702-3097
12713701        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2017 02:03:08
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
12751537        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2017 02:03:26
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
12708739       +E-mail/Text: bankruptcy@cavps.com Aug 01 2017 01:49:11     Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Suite 4A,    Valhalla, NY 10595-2323
12747673       +E-mail/Text: bankruptcy@cavps.com Aug 01 2017 01:49:11     Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
12708741        E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 01 2017 01:49:54
                 Credit Collection Services,    P.O. Box 9134,    Needham, MA  02494-9134
12708743       +E-mail/Text: bknotice@erccollections.com Aug 01 2017 01:49:00     Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
12708737       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 01 2017 01:48:57     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
12708746        E-mail/Text: cio.bncmail@irs.gov Aug 01 2017 01:48:22     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
12755856        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 01 2017 01:49:07     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12708748       +E-mail/Text: bankruptcydepartment@tsico.com Aug 01 2017 01:49:51     NCO Financial,
                 P.O. Box 15636,    Wilmington, DE 19850-5636
12708751        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:38     PA Department of Revenue,
                 Commonwealth of Pennsylvania,    Bankruptcy Div., Dept. 280946,    Harrisburg, PA  17128-0496
12708752        E-mail/Text: blegal@phfa.org Aug 01 2017 01:48:59     PHFA-HEMAP,    211 North Front Street,
                 P.O. Box 8029,    Harrisburg, PA  17105-8029
12807465       +E-mail/Text: csc.bankruptcy@amwater.com Aug 01 2017 01:49:55     Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
12758559       +E-mail/Text: csidl@sbcglobal.net Aug 01 2017 01:49:17     Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12708735*      +Lois A. Bell,    1429 Astor Street,    Norristown, PA 19401-2958
cr             ##+SELECT PORTFOLIO SERVICING, INC, AS SERVICING AGEN,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
13100118       ##+Pooling and Servicing Agreement Bear St,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                  Date Rcvd: Jul 31, 2017
                              Form ID: 138NEW              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:

```
          CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
           Bank National Association ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
           Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
           Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 ecfmail@mwc-law.com
          DAVID B. SPITOFSKY    on behalf of Debtor Lois A. Bell spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, National Association as successor
           by merger to LaSalle Bank National Association, as trustee for Certificateholders of Bear
           Stearns Asset Backed Securities I LLC, Asset-Backed Certifi bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN T MCQUAIL    on behalf of Creditor    U.S.Bank National Association , as Trustee, successor
           in interest to Bank of America, National Association as Trustee as successor by merger to
           LaSalle Bank National Association, as trustee for Certif ecfmail@mwc-law.com
          KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, National Association as successor by
           merger to LaSalle Bank National Association, as trustee for Certificateholders of Bear Stearns
           Asset Backed Securities I LLC, Asset-Backed Certifi ecfmail@mwc-law.com
          MARISA MYERS COHEN    on behalf of Creditor    Bank of America, National Association as successor
           by merger to LaSalle Bank National Association, as trustee for Certificateholders of Bear
           Stearns Asset Backed Securities I LLC, Asset-Backed Certifi mcohen@mwc-law.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2005-HE8, Asset-Backed Certificates Series 2005-HE8 bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
           Bank National Association mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2005-HE8, Asset-Backed Certificates Series 2005-HE8 tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lois A. Bell

    Debtor(s)

Bankruptcy No: 12−12832−sr

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/31/17

57 − 56
Form 138_new