United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 12-12832-jkf
Lois A. Bell                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: DonnaR                Page 1 of 1             Date Rcvd: Oct 12, 2017
                               Form ID: 212                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db             +Lois A. Bell,   1429 Astor Street,    Norristown, PA 19401-2958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 ecfmail@mwc-law.com
              DAVID B. SPITOFSKY    on behalf of Debtor Lois A. Bell spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, National Association as successor
               by merger to LaSalle Bank National Association, as trustee for Certificateholders of Bear
               Stearns Asset Backed Securities I LLC, Asset-Backed Certifi bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank National Association, as trustee for Certificateholders of Bear Stearns
               Asset Backed Securities I LLC, Asset-Backed Certifi ecfmail@mwc-law.com
              KEVIN T MCQUAIL    on behalf of Creditor    U.S.Bank National Association , as Trustee, successor
               in interest to Bank of America, National Association as Trustee as successor by merger to
               LaSalle Bank National Association, as trustee for Certif ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    Bank of America, National Association as successor
               by merger to LaSalle Bank National Association, as trustee for Certificateholders of Bear
               Stearns Asset Backed Securities I LLC, Asset-Backed Certifi mcohen@mwc-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2005-HE8, Asset-Backed Certificates Series 2005-HE8 bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2005-HE8, Asset-Backed Certificates Series 2005-HE8 bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2005-HE8, Asset-Backed Certificates Series 2005-HE8 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Lois A. Bell

Debtor(s)  Case No: 12–12832–jkf

___

*ORDER*

    AND NOW, 10/12/17 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Jean K. FitzSimon

    Judge ,United States Bankruptcy Court