United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-12832-jkf
Lois A. Bell                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Oct 27, 2017
                      Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
db        +Lois A. Bell,    1429 Astor Street,    Norristown, PA 19401-2958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
        CELINE P. DERKRIKORIAN    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle
         Bank National Association ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
         Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
         Trust 2005-HE8, Asset-Backed Certificates Series 2005-HE8 ecfmail@mwc-law.com
        DAVID B. SPITOFSKY    on behalf of Debtor Lois A. Bell spitofskybk@verizon.net,
         spitofskylaw@verizon.net
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, National Association as successor
         by merger to LaSalle Bank National Association, as trustee for Certificateholders of Bear
         Stearns Asset Backed Securities I LLC, Asset-Backed Certifi bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, National Association as successor by
         merger to LaSalle Bank National Association, as trustee for Certificateholders of Bear Stearns
         Asset Backed Securities I LLC, Asset-Backed Certifi ecfmail@mwc-law.com
        KEVIN T MCQUAIL    on behalf of Creditor    U.S.Bank National Association , as Trustee, successor
         in interest to Bank of America, National Association as Trustee as successor by merger to
         LaSalle Bank National Association, as trustee for Certif ecfmail@mwc-law.com
        MARISA MYERS COHEN    on behalf of Creditor    Bank of America, National Association as successor
         by merger to LaSalle Bank National Association, as trustee for Certificateholders of Bear
         Stearns Asset Backed Securities I LLC, Asset-Backed Certifi mcohen@mwc-law.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
         National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
         2005-HE8, Asset-Backed Certificates Series 2005-HE8 bkgroup@kmllawgroup.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
         Bank National Association mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
         National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
         2005-HE8, Asset-Backed Certificates Series 2005-HE8 bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
         National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
         2005-HE8, Asset-Backed Certificates Series 2005-HE8 tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                   TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Lois A. Bell                                                        : Case No. 12–12832–jkf
       Debtor(s)

### ORDER
_____

AND NOW, this day , October 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

65
Form 195